IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSHUA KIMBLE
ADC # 151262                                                                PLAINTIFF

v.                              No. 5:12-cv-377-DPM

STEPHEN WILLIAMS, Warden,
Tucker Unit, ADC; MARY COBBS,
Major, Tucker Unit, ADC; McAFEE,
Kitchen Captain, Tucker Unit, ADC;
and RAY HOBBS, Director, ADC                                  DEFENDANTS

JUDGMENT

Kimble's complaint is dismissed with prejudice.

*(signature)*
D.P. Marshall Jr.
United States District Judge

21 December 2012